UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-23029-CIV-COOKE-BROWN

RALPH IRWIN,

    Plaintiff,

vs.

MIAMI DADE COUNTY PUBLIC SCHOOLS,
et al.,

    Defendants.
_____/

ORDER DENYING REQUEST TO VERIFY

This matter is before this Court on plaintiff's Request for the Court to Order School Board Defense Attorney Segura to "Promptly" verify her response to My Interrogatories Pursuant to Fed. R. Civ. P. Rule 16(g)(2) (D.E. 164). The Court has reviewed the motion and finds no indication of compliance with Local Rule 7.1.A.3.

Therefore, and the Court being otherwise fully advised in the premises it is hereby

**ORDERED AND ADJUDGED** that the Motion is hereby **DENIED**, without prejudice.

**DONE AND ORDERED** this 29th day of August, 2007 at Miami, Florida.

STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
    Counsel of Record
    Ralph Irwin, *pro se*