UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-23029-CIV-COOKE-BROWN

RALPH IRWIN,

    Plaintiff,

vs.

MIAMI DADE COUNTY PUBLIC SCHOOLS,
et al.,

    Defendants.

_____/

**ORDER DENYING MOTION FOR SANCTIONS**

**THIS MATTER** is before this Court on plaintiff's Motion for Sanctions, filed September 4, 2007 (D.E. 170). The Court has reviewed the motion, the response, the reply, and all pertinent materials in the file.

Initially, the Court will address the reply. Plaintiff alleges that the response/affidavit does not conform to FRCP 8 and 9. Plaintiff is correct .... but the response of Segura need not comply with those rules. As plaintiff notes in the reply these rules pertain to pleadings. The response of Segura is not a pleading as that term is defined. Therefore it need not comply with said rules. A "pleading" would be the complaint and the answer to the complaint.

Secondly the Court addresses the relief sought. Plaintiff seeks sanctions under the "Florida Rules of Professional Conduct", the "S.D Fla. Local Rules Governing Attorney Discipline, the court's inherent powers, and 27 U.S.C. §1927 ( presumably plaintiff means 28 U.S.C. §1927). All of these require, at the very least, something more than a mere mistake to impose sanctions. Other than plaintiff's conclusions and personal invectives, there is nothing in this record to support same.

Finally, there is some merit to the claim of plaintiff that he was forced to incur costs as a result of serving defendant Crew. The remedy for that is provided in FRCP 4(d)(2) and (5) - not against Segura.

Therefore, and the Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that this motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** this __17th__ day of September, 2007 at Miami, Florida.

STEPHEN T. BROWN
U. S. MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
    Counsel of Record
    Ralph Irwin, *pro se*