UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-23029-CIV-COOKE/BANDSTRA

RALPH IRWIN,

    *Plaintiff*,

v.

MIAMI-DADE COUNTY PUBLIC
SCHOOLS, *et al.*,

    *Defendants*.

_____/

### ORDER DENYING PLAINTIFF'S APPEAL OF
### JUDGE BANDSTRA'S AUGUST 13, 2008 ORDER

This matter is before me on Plaintiff's Objection and Motion for Appeal of Judge Bandstra's Order Granting Defendant School Board's Motion for Leave to File a Supplemental Response [D.E. 418]. After reviewing Judge Bandstra's Order, I find that it is not clearly erroneous or contrary to law for the reasons stated below.

### *I. BACKGROUND*

Defendant, the School Board of Miami-Dade County, Florida, requested permission to supplement its response to Plaintiff, Mr. Irwin's, Motion to Compel Answers to Plaintiff's First Set of Interrogatories and for Sanctions Against Former Defense Attorney Segura [D.E. 413]. The School Board claimed it needed additional time to review Mr. Irwin's lengthy, complex motion and "several voluminous files" to be able to adequately respond. Magistrate Judge Bandstra granted the School Board's motion, allowing two additional days to file the supplemental response. Mr. Irwin has appealed Judge Bandstra's order.

## II. LEGAL STANDARD

Under 28 U.S.C. § 636(b)(1)(A), the district judge "may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." *See also* Fed. R. Civ. P. 72(a).

## III. DISCUSSION

Mr. Irwin's assertions fail to meet the clearly erroneous or contrary to law standard of review. Mr. Irwin claims that his lengthy motion was necessary to address Defendants' evasive responses. He also alleges that a time extension should be denied because Defendants have failed to respond to his fifty requests over the past three years. Mr. Irwin's claim that Judge Bandstra's order is "manifestly unfair" does not to meet the burden to prove that the grant of additional time is either clearly erroneous or contrary to law.

## IV. CONCLUSION

Accordingly, Mr. Irwin's objections to Judge Bandstra's Order are overruled. Judge Bandstra's Order [D.E. 415] is affirmed.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this 26th day of August 2008.

_____
MARCIA G. COOKE
United States District Judge

cc:
Honorable Ted E. Bandstra

All counsel of record

Ralph Irwin, *pro se* Plaintiff
27331 SW 164th Avenue
Homestead, FL 33031